JAMES PATRICK, Respondent, *v.* VICTOR KNITTING MILLS COMPANY, Appellant.

*Patrick* v. *Victor Knitting Mills Co.*, 134 App. Div. 910, affirmed.
(Argued May 8, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 30, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Edwin Countryman* and *Henry A. Strong* for appellant.

*John H. Gleason* and *Walter H. Wertime* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Absent: HISCOCK, J.